# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JOSEPH P. TATE, SOLE PROPRIETORSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Case No. 04-1265C
(Judge George W. Miller)

## JOINT STATUS REPORT

Pursuant to the Court's Order of March 1, 2005, the parties respectfully submit this Joint Status Report to apprise the Court of the status of their ongoing efforts to resolve certain closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program.

This case is one of approximately 150 related suits filed with the Court since August 6, 2004. Initially, three of these cases were designated for the Court's ADR pilot program. Currently, there are approximately 40 properties that have been designated for ADR.

The parties continue to make good progress in their efforts pursuant to the ADR process. Since the filing of the parties' last joint status report on September 1, 2005, the parties have further discussed various elements of the damage calculation process and other issues common to the cases that have formally been referred to ADR as well as the related suits filed with the Court since August 6, 2004 (including this one) that have been stayed pending ADR proceedings. In particular, after having exchanged various damages analyses and held numerous discussions regarding the results of these analyses, the parties are now working to resolve what appear to be certain discrepancies between their analyses, with respect to both (a) the damages models being employed by each party, and (b) the proper documentation to be utilized as support for the analyses. As a result of these efforts, the parties have agreed to engage in further document exchanges and prepare additional analyses in an attempt to ensure that future analyses conducted

as part of this process are performed in a consistent manner. Thus, once the parties are able to resolve the apparent discrepancies between their damages models, they plan to continue conducting analyses of the properties at issue in these cases.

The parties hope that their current efforts will produce a methodology that can be applied to the remaining cases that have been designated for ADR, and to the remaining related cases that have been stayed. In sum, the parties have been pleased with the ADR process to date and desire to continue with those efforts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**
DAVID M. COHEN
Director

**s/ Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643

*Attorneys for Defendant*

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Eckland & Blando LLP
700 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 305-4444
Fax: (612) 305-4439

*Attorney for Plaintiff*

**Filed Electronically with the**
**Consent of the Attorney for Defendant**

October 3, 2005