**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JOSEPH P. TATE,<br>Sole Proprietorship<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-1265C<br>(Judge George W. Miller) |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's Order of March 1, 2005, the parties respectfully submit this Joint Status Report to apprise the Court of the status of their ongoing efforts to resolve certain closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program. This case is one of more than 160 suits filed with the Court since August 6, 2004 that have either been referred to the Court's ADR program or stayed pending the ADR proceedings.

The parties continue to make good progress in their efforts pursuant to the ADR process. Counsel for the parties have been working to arrive at an approach by which many, and potentially all, of the currently pending FmHA Section 515 cases can be settled. Significant progress has been made over the last several months toward a damages model through which the settlement value of each claimant's case can be calculated. As previously reported, the parties have exchanged numerous sets of damages analyses, including submissions made on November 7, 2005, November 8, 2005, and December 1, 2005, and have held numerous conferences, including extensive discussions held on November 8, 2005 and November 9, 2005.

Most recently, the parties held a face-to-face meeting on December 16, 2005, during which they discussed at length several alternatives that may enable the parties to bridge the present gap between their respective positions. In addition, the parties filed a Joint Status Report

with Judge Horn on December 19, 2005 to report on their progress. The parties are also scheduled to hold an in-person conference before Judge Horn on January 18, 2006, which the parties intend to use as a vehicle to present the Court a more detailed account of their current efforts and present information and/or argument concerning their respective views.

As noted above, the parties hope that their current efforts will produce a methodology that can be applied to the remaining cases that have been designated for ADR, and to the remaining related cases that have been stayed. In sum, the parties have been pleased with the ADR process to date and desire to continue with those efforts.

Respectfully submitted,

**s/ Jeff H. Eckland**
JEFF H. ECKLAND
Mark J. Blando, Of Counsel
Eckland & Blando LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402
Tele: (612) 236-0160
Fax: (612) 236-0179
*Attorneys for Plaintiffs*

**Filed Electronically with the**
**Consent of the Attorney for Defendant**

Dated: January 3, 2006

PETER D. KEISLER
Assistant Attorney General

**s/ David M. Cohen**
DAVID M. COHEN
Director

**s/ Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
Room 8012
Washington, D.C. 20530
Tele: (202) 305-7561
Fax: (202) 305-7643
*Attorneys for Defendant*